**BURCH & CRACCHIOLO, P.A.**
702 East Osborn Road
Phoenix, Arizona 85014
Telephone (602) 274-7611

Brian Kaven SBA #003066, bkaven@bcattorneys.com
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| The Church at Arrowhead, SBC, an Arizona non-profit corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>Brotherhood Mutual Insurance Company, a foreign corporation,<br><br>    Defendant. | No.<br><br>(Maricopa County Superior Court Case No. CV 2014-011655)<br><br>**NOTICE OF REMOVAL** |

    Pursuant to 28 U.S.C. §§ 1441, 1446(a) and LRCiv 3.6, Defendant Brotherhood Mutual Insurance Company ("Brotherhood") hereby gives notice of removal of the above-captioned action from the Superior Court of Arizona, Maricopa County, to this Court. In support of this Notice of removal, Brotherhood states as follows:

    1.    On or about September 16, 2014, Plaintiff The Church at Arrowhead, SBC, filed its Complaint in an action entitled *The Church at Arrowhead, SBC, v. Brotherhood Mutual Insurance Company*, No. CV 2014-011655, in the Superior Court of Arizona, Maricopa County ("the State Court Action"). The Complaint contained no dollar amount and so the case was not removable on its face.

    2.    Removal of this action is timely pursuant to 28 U.S.C. § 1446(b) because the Notice of Removal is filed within thirty days after receipt by defense counsel of an October 29, 2014 writing authored by Plaintiff's counsel which stated that Plaintiff is

- 2 -

1  seeking "more than $75,000." The October 29, 2014 email information was in lieu of
2  a formal answer to an interrogatory which did inquire if Plaintiff was seeking in excess
3  of $75,000.

4    3.    A copy of all process, pleadings, and orders received by Brotherhood in
5  the State Court Action are attached to this Notice as **Exhibit A**, as required by 28
6  U.S.C. § 1446(a) and LRCiv 3.6.

7    4.    This Court has original jurisdiction over this action under 28 U.S.C.
8  § 1332.

9    5.    According to the Complaint, Plaintiff is an Arizona corporation. Compl.
10  ¶ 1. Brotherhood is a foreign corporation. Compl. ¶ 2.

11    6.    In its Complaint, Plaintiff alleged no specific dollar amount, but by email
12  dated October 29, 2014, Plaintiff's counsel did state Plaintiff is seeking more than
13  $75,000. See exchange of emails authenticated by defense counsel's verification
14  attached to this Notice as **Exhibit B**.

15    7.    Accordingly, this action may be removed to this Court by Brotherhood
16  pursuant to 28 U.S.C. § 1441(b) because it is a civil action between citizens of
17  different states, and the amount in controversy exceeds the sum or value of $75,000,
18  exclusive of interest and costs.

19    8.    Venue in the District of Arizona is proper under 28 U.S.C. § 1441(a)
20  because this Court is the United States District Court for the district and division where
21  the State Court Action is pending.

22    9.    Brotherhood has filed a copy of this Notice of Removal with the Clerk of
23  the Superior Court of Arizona, Maricopa County, as required by 28 U.S.C. § 1446(d)
24  and LRCiv 3.6. A copy of the Notice to the Superior Court is attached hereto as
25  **Exhibit C**.
26  . . .

1    10. Wherefore, Brotherhood respectfully requests that this case proceed
2 before this Court as an action properly removed.
3    DATED this 3rd day of November, 2014.
4                    BURCH & CRACCHIOLO, P.A.
5
6            By:  s/ Brian Kaven
                  Brian Kaven
7                 702 East Osborn Road, Suite 200
                  Phoenix, Arizona 85014
8                 Attorneys for Defendant
9

10            **CERTIFICATE OF SERVICE**

11    I hereby certify that on November 3, 2014, the attached document was
electronically transmitted to the Clerk of the Court using CM/ECF System which will
12 send notification of such filing and transmittal of a Notice of Electronic Filing to all
CM/ECF registrants.  In addition, I certify that I mailed a copy of the attached
13 document to:

14    Steven S. Guy, Esq.
      THE GUY LAW FIRM, P.C.
15    10105 East Via Linda, Suite 103
      Scottsdale, Arizona 85258-5326
16    Attorneys for Plaintiff

17
s/ Brian Kaven
18